```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
MIKIKO KITANI,                                        :
                                                      :
                            Plaintiff,                :
                                                      :           19-CV-1043 (VSB)
              - against -                             :
                                                      :                 **ORDER**
                                                      :
NEW YORK CITY TRANSIT, et al.,                        :
                                                      :
                            Defendants.               :
                                                      :
------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2021
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiff's letter request to amend her second amended complaint, dated September 22, 2021. (Doc. 78.) Plaintiff reports in her letter that she filed a charge with the U.S. Equal Employment Opportunity Commission ("EEOC") in May 2020, but does not specify the party or parties named in her charge form or the particulars of those charges. Nor does Plaintiff attach the EEOC charge form or her proposed amendments. So that I may assess the propriety of Plaintiff's request, it is hereby

ORDERED that Plaintiff shall submit a letter: (1) attaching any supplemental information detailing the basis for and nature of the proposed amendments and/or a copy of her proposed amended complaint; (2) attaching a copy of her EEOC charge form, if applicable; and (3) providing any additional reasons compelling the granting of leave to amend in this instance, by on or before October 1, 2021.

IT IS FURTHER ORDERED that, by or on October 15, 2021, Defendants shall submit any response to Plaintiff's request, including an indication of whether or not they consent to Plaintiff's request.

IT IS FURTHER ORDERED that Plaintiff's reply, if any, is due by or on October 22, 2021.

SO ORDERED.

Dated:   September 23, 2021
         New York, New York

Vernon S. Broderick
United States District Judge