UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                           :
MIKIKO KITANI,                     :
                           :
                     Plaintiff,   :
                           :             19-CV-1043 (VSB)
          - against -          :
                           :                **ORDER**
                           :
NEW YORK CITY TRANSIT, *et al*.,   :
                           :
                   Defendants.   :
                           :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Pursuant to my order dated September 23, 2021, Plaintiff should have submitted a letter providing this Court with additional information regarding her proposed amended complaint and justification for amending the complaint at this stage, as well as a copy of her EEOC charge form. (*See* Doc. 79.) Defendants were also ordered to submit response indicating whether they consent to Plaintiff's request. (*Id*.) To this day, neither Plaintiff nor Defendant New York City Transit has filed any letter. Therefore, it is hereby ORDERED that Plaintiff shall file her letter by December 31, 2021, and those Defendants who have not responded to Plaintiff's request to amend her complaint shall file their letters by January 15, 2022. The Clerk is respectfully directed to mail a copy of this order AND the order dated September 23, 2021 (Doc. 79) to the pro se Plaintiff.

SO ORDERED.

Dated:  December 1, 2021
           New York, New York

_____
Vernon S. Broderick
United States District Judge