UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
MIKIKO KITANI,                      :

              Plaintiff,     :
                                  :           19-CV-1043 (VSB)
         - against -        :
                                  :           **ORDER**
                 :
NEW YORK CITY TRANSIT, *et al.*,   :
                 :
            Defendants.  :
                 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On April 25, 2022, Plaintiff filed her third amended complaint, (Doc. 86, "TAC"), despite that, in my opinion & order dated March 24, 2022, I specifically ordered Plaintiff to file "a motion for leave to filed a third amended complaint, and shall attach a proposed third amended complaint with the motion," (Doc. 85, at 35). Nevertheless, after reviewing the TAC, I determine that the claims raised within are appropriate and hereby approve its filing. Specifically, Plaintiff has dropped her § 1983 and Title VII claims, and now only claims violations of the Family and Medical Leave Act and the New York Labor Law, both against the four remaining Defendants. (*See* TAC ¶¶ 93–126.) Accordingly, it is hereby ORDERED that Defendants shall file their answer to the TAC on or before May 16, 2022.

      SO ORDERED.

      Dated:    April 26, 2022
                   New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge