UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                 :
MIKIKO KITANI,                         :

                      Plaintiff,        :
                                 :        19-cv-1043 (VSB)
            -against-        :
                                 :            **ORDER**
NEW YORK CITY TRANSIT et al.,    :

                  Defendants.  :
                                 :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It is hereby ORDERED that, by June 17, 2022, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of all contemplated and/or outstanding motions;

2. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

3. A brief description of prior mediation and/or settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

4. The estimated length of trial; and

5. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

       IT IS FURTHER ORDERED that, by June 17, 2022, the parties jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-relatedinstructions.

The Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: June 1, 2022
      New York, New York

Vernon S. Broderick
United States District Judge