# STEVE S. EFRON
### ATTORNEY AT LAW
237 WEST 35TH STREET · SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

June 17, 2022

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  06/21/22

Re: Kitani v. City of New York, New York City Tr. Authority et al.
19-cv-01043 (VSB)

Dear Judge Broderick:

    This office represents the defendants in this employment discrimination suit brought by the pro se plaintiff, Mikoko Kitani. I am writing jointly for defendants and plaintiff to request an extension of time from June 17 to July 5, 2022, in which to comply with the Court's June 1, 2022 order directing the parties to submit a joint letter furnishing specific information concerning the case and a proposed scheduling order.

    On June 13, I sent an email to plaintiff requesting that we schedule a time to get together on the phone or via Zoom and prepare our joint response to the Court's order. While noting in the email that "I assume you have received and reviewed the Court's order," I attached a copy to the email. Plaintiff responded the following day that she had not received the order and asked whether an extension of time might be available. Plaintiff and I exchanged email the following day in which it was agreed that I would request an extension of time on behalf of the parties, first sending a draft of the letter to plaintiff for her approval.

    The additional time will afford plaintiff and defendants the opportunity to discuss and respond to the Court's order appropriately and with a clear understanding of what is being requested. Plaintiff and defendants thank the Court for its consideration of this application.

Respectfully yours,

_____/s/_____
Steve S. Efron

SSE:s

cc: Mikoko Kitani (via email)