UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIKIKO KITANI,

                             Plaintiff,                              19-CV-01043 (JLR)(SN)

            -against-                                      **ORDER**

CITY OF NEW YORK,

                             Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On Tuesday, June 13, 2023, the Honorable Jennifer L. Rochon referred this matter to my docket for settlement. The parties are directed to contact Courtroom Deputy Rachel by Friday, June 16, 2023, at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      New York, New York
                 June 14, 2023