```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MIKIKO KITANI,

                              Plaintiff,

        -against-

CITY OF NEW YORK,

                             Defendant.

------------------------------------------------------------X

19-CV-01043 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference was scheduled for today, October 18, 2023. Plaintiff submitted an Attendance Acknowledgment Form confirming that she would be present, but she did not appear. Plaintiff is ordered to call the Court on October 26, 2023, at 3:00 p.m. to discuss settlement. At that time, Plaintiff should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 18, 2023