UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIKIKO KITANI,

                          Plaintiff,                              19-CV-01043 (JLR)(SN)

        -against-                                           **ORDER**

CITY OF NEW YORK,

                          Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference is scheduled for December 6, 2023, at 2:30 p.m. to discuss settlement. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      New York, New York
                 November 22, 2023