UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MIKIKO KITANI,

                Plaintiff,

     -against-

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------X

19-CV-01043 (JLR)(SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2024

**SARAH NETBURN, United States Magistrate Judge**:

    A conference is scheduled for January 16, 2024, at 12:00 p.m. to discuss settlement. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              January 10, 2024