UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MIKIKO KITANI,

                                  Plaintiff,

          -against-

CITY OF NEW YORK,

                                Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2024

19-CV-01043 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A conference is scheduled for February 16, 2024, at 10:00 a.m. to discuss settlement. At that time, the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

      If the parties are unable to reach an agreement, Defendant shall file its motion for summary judgment by March 15, 2024. Plaintiff shall file her opposition by April 15, 2024. Defendant shall file a reply, if any, by April 29, 2024.

      If Defendant files a motion for summary judgment, the Court recommends that Plaintiff, proceeding *pro se*, contact the New York Legal Assistance Group ("NYLAG") Legal Clinic for *Pro Se* Litigants for guidance with drafting her opposition. The NYLAG Clinic can be reached at 212-659-6190. Additional information on the Clinic is attached. The Court also

recommends that Plaintiff review the attached document titled "How to Oppose a Motion" for further guidance.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            January 30, 2024