```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIKIKO KITANI,

                               Plaintiff,

                -against-

CITY OF NEW YORK,

                               Defendant.

-----------------------------------------------------------------X

19-CV-01043 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A conference was scheduled for today at 10:00 a.m. to discuss settlement. Defense counsel appeared, but Plaintiff did not. The summary judgment briefing schedule set forth in the Court's January 30, 2024 Order remains in effect. If, however, further settlement discussions warrant a conference with the Court or an adjournment of summary judgment briefing deadlines, the parties may file a letter making their request.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                   United States Magistrate Judge

DATED:      New York, New York
                   February 16, 2024