UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKIKO KITANI,<br><br>                              Plaintiff,<br><br>-against-<br><br>ANTHONY CASSELLA, CRAIG COSTA, PIERRE SYLDOR, and NEW YORK CITY TRANSIT,<br><br>                              Defendants. | Case No. 1:19-cv-01043 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On November 13, 2024, the Court issued an Order permitting Plaintiff Mikiko Kitani ("Plaintiff") a final extension of time to file her opposition to Defendants Anthony Cassella, Craig Costa, Pierre Syldor, and New York City Transit's (together, "Defendants") motion for summary judgment. Dkt. 153. The Court has now received those papers, which were submitted on November 8, 2024, in compliance with the deadline set by Magistrate Judge Netburn, *see* Dkt. 149, though they were docketed on November 13, 2024. Dkts 150, 151, 152. Defendants' reply will be due December 6, 2024.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record. The Defendants are directed to email a copy of this Order to Plaintiff if they have an email address for her.

Dated: November 14, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1