**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIKIKO KITANI,

                              Plaintiffs,
     -against-                                     19 **CIVIL** 1043 (JLR)

## JUDGMENT

NEW YORK CITY TRANSIT, a public benefit corporation; CRAIG COSTA, in his individual capacity and in his official capacity as Director of NEW YORK CITY TRANSIT; ANTHONY CASSELLA, in his individual capacity and in his official capacity as an Assistant Chief Officer of NEW YORK CITY TRANSIT; and PIERRE A. SYLDOR, in his individual capacity and in his official capacity as a Senior Director of NEW YORK CITY TRANSIT; jointly and severally.

                              Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 11, 2025, the Court GRANTS Defendants' motion for summary judgment. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 11, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                 **BY:**
                                                      **Deputy Clerk**